```
MODE: R    SCREEN: QCHK    USERID: TP61                              05/14/10 10:56:10
                         PAYROLL CHECK STATUS INQUIRY
EMPLOYEE ID: 416 98 8837        NAME:  JENKINS, CATHY M
CHECK: 0000001646034       HR BANK ACCOUNT: 01   ST TREAS W/P   PAYROLL NO: 06
 DATE: 05 14 10  STATUS: O OUTSTANDING          AS OF: 05 11 10  CMB CHK FL: N
TOTAL PAY:          851.51   TOTAL DED:         215.56  NET:         635.95
FICA WAGE:          836.51   FRINGE BEN:        970.66  REIMBURSABLE:
AP                  EVENT     INPUT        DOLLAR                                LINE/
ID  TYPE  PLAN      DATE      AMOUNT       AMOUNT    DOCUMENT ID                 SUBLIN
    REGLR          04 30 10     88:00       861.30            000293111869
    PANNL          04 30 10      4:00        39.15  CPER 061  000013500736  0001 0
    REGLR          04 30 10     -4:00       -39.15  CPER 061  000013500736  0001 0
    PSICK          04 30 10      4:00        39.15  CPER 061  000013500736  0002 0
    REGLR          04 30 10     -4:00       -39.15  CPER 061  000013500736  0002 0
    REGLR          04 30 10     -1:00        -9.79  CPER 061  000013500736  0004 0
    FICAE FICAE    05 14 10  DEDUCTION       51.86            000293111869  0000 0
    HLTHC HLTHC    05 14 10  DEDUCTION       15.00            000293111866  0000 0
    MEDIE MEDIE    05 14 10  DEDUCTION       12.13            000293111872  0000 0
```

```
MODE: R.   SCREEN: QCHK   USERID: TP61                           05/14/10 10:54:5(
                          PAYROLL CHECK STATUS INQUIRY
 EMPLOYEE ID: 416 98 8837       NAME:  JENKINS, CATHY M
 CHECK: 00000001640263      HR BANK ACCOUNT: 01  ST TREAS W/P  PAYROLL NO: 06:
  DATE: 04 30 10  STATUS: O OUTSTANDING         AS OF: 04 27 10 CMB CHK FL: N
 TOTAL PAY:        754.08  TOTAL DED:        106.38  NET:         647.70
 FICA WAGE:        754.08  FRINGE BEN:       147.72  REIMBURSABLE:            (
 AP              EVENT      INPUT       DOLLAR                              LINE/
 ID  TYPE  PLAN  DATE       AMOUNT      AMOUNT    DOCUMENT ID               SUBLINE
 --- ----- ----- --------   --------    --------  -----------               -------
     REGLR       04 15 10     88:00      861.30             00029247711
     OTIME       04 02 10      2:00       29.81   CPER 061  000013494649   0001  0(
     PSICK       04 09 10      5:00       48.94   CPER 061  000013494649   0002  0:
     REGLR       04 09 10     -5:00      -48.94   CPER 061  000013494649   0002  0:
     REGLR       04 09 10    -14:00     -137.03   CPER 061  000013494649   0003  0:
     ASEAD ASEAD 04 30 10   DEDUCTION      9.00             000292477721   0000  0(
     FICAE FICAE 04 30 10   DEDUCTION     46.75             000292477714   0000  0(
     MEDIE MEDIE 04 30 10   DEDUCTION     10.93             000292477717   0000  0(
     PAC   PAC   04 30 10   DEDUCTION      2.00             000292477722   0000  0(
```

```
MODE: S    SCREEN: QCHK    USERID: TP61                          05/14/10 10:55:0
                           PAYROLL CHECK STATUS INQUIRY
EMPLOYEE ID: 416 98 8837      NAME:  JENKINS, CATHY M
CHECK: 00000001640363         HR BANK ACCOUNT: 01  ST TREAS W/P   PAYROLL NO: 06
 DATE: 04 30 10  STATUS: O OUTSTANDING        AS OF: 04 27 10  CMB CHK FL: N
TOTAL PAY:           754.08   TOTAL DED:       106.38  NET:       647.70
FICA WAGE:           754.08   FRINGE BEN:      147.72  REIMBURSABLE:
AP                 EVENT    INPUT       DOLLAR                             LINE/
ID  TYPE  PLAN     DATE     AMOUNT      AMOUNT      DOCUMENT ID            SUBLIN
    REMPE RREGE   04 30 10 DEDUCTION    37.70                  000292477718 0000 0
    FICAR FICAR   04 15 10 FRINGE       46.75                  000292477712 0000 0
    MEDIR MEDIR   04 15 10 FRINGE       10.93                  000292477715 0000 0
    REMPR RREGR   04 15 10 FRINGE       90.04                  000292477719 0000 0


H---YI103 END OF INQUIRY
```

```
MODE: R     SCREEN: QCHK    USERID: TP61                              05/14/10 10:55:1(
                            PAYROLL CHECK STATUS INQUIRY
EMPLOYEE ID: 416 98 8837      NAME:  JENKINS, CATHY M
CHECK: 00000001634280       HR BANK ACCOUNT: 01  ST TREAS W/P  PAYROLL NO: 06:
 DATE: 04 16 10  STATUS: O OUTSTANDING        AS OF: 04 13 10 CMB CHK FL: N
TOTAL PAY:         934.59  TOTAL DED:       226.08  NET:       708.51
FICA WAGE:         919.59  FRINGE BEN:      986.95  REIMBURSABLE:              (
AP                EVENT    INPUT         DOLLAR                            LINE/
ID  TYPE   PLAN   DATE     AMOUNT        AMOUNT     DOCUMENT ID            SUBLINE
    REGLR         03 31 10      96:00    861.30              000291856866
    SOT           03 19 10        :15      2.48  CPER 061    000013446643   0001 0(
    OTIME         03 26 10       4:45     70.81  CPER 061    000013446643   0002 0(
    FICAE  FICAE  04 16 10  DEDUCTION     57.02              000291856870   0000 0(
    HLTHC  HLTHC  04 16 10  DEDUCTION     15.00              000291856867   0000 0(
    MEDIE  MEDIE  04 16 10  DEDUCTION     13.34              000291856873   0000 0(
    PSTTX  PSTTX  04 16 10  DEDUCTION     93.99              000291856879   0000 0(
    REMPE  RREGE  04 16 10  DEDUCTION     46.73              000291856874   0000 0(
    FICAR  FICAR  03 31 10  FRINGE        57.02              000291856868   0000 0(
```

```
MODE: S    SCREEN: QCHK   USERID: TP61                         05/14/10 10:39:1
                          PAYROLL CHECK STATUS INQUIRY
EMPLOYEE ID: 416 98 8837      NAME:  JENKINS, CATHY M
CHECK: 00000001634280    HR BANK ACCOUNT: 01  ST TREAS W/P   PAYROLL NO: 06
 DATE: 04 16 10   STATUS: O OUTSTANDING        AS OF: 04 13 10  CMB CHK FL: N
TOTAL PAY:           934.59   TOTAL DED:       226.08  NET:         708.51
FICA WAGE:           919.59   FRINGE BEN:      986.95  REIMBURSABLE:
AP                   EVENT      INPUT      DOLLAR                          LINE/
ID  TYPE   PLAN      DATE       AMOUNT     AMOUNT     DOCUMENT ID         SUBLIN
------------------------------------------------------------------------
    HLTHR  G4     03 31 10   FRINGE        805.00         000291856877  0000  0
    MEDIR  MEDIR  03 31 10   FRINGE         13.34         000291856871  0000  0
    REMPR  RREGR  03 31 10   FRINGE        111.59         000291856873  0000  0



M---YI103 END OF INQUIRY
```

```
MODE: R    SCREEN: QCHK   USERID: TP61                           05/14/10 10:55:3
                            PAYROLL CHECK STATUS INQUIRY
EMPLOYEE ID: 416 98 8837       NAME:  JENKINS, CATHY M
CHECK: 00000001628527          HR BANK ACCOUNT: 01   ST TREAS W/P   PAYROLL NO: 06
 DATE: 04 01 10   STATUS: O OUTSTANDING         AS OF: 03 29 10  CMB CHK FL: N
TOTAL PAY:           313.20    TOTAL DED:         50.61   NET:         262.59
FICA WAGE:           313.20    FRINGE BEN:        61.35   REIMBURSABLE:       (
AP              EVENT     INPUT        DOLLAR                            LINE/
ID  TYPE  PLAN  DATE      AMOUNT       AMOUNT    DOCUMENT ID             SUBLINE
    ----- ----- --------  --------     --------  ----------------------- -------
    REGLR       03 15 10    88:00       861.30            00029122394
    REGLR       03 05 10   -40:00      -391.50   CPER 061 00013428832    0001 0:
    PANNL       03 12 10    16:00       156.60   CPER 061 00013428832    0002 0:
    REGLR       03 12 10   -16:00      -156.60   CPER 061 00013428832    0002 0:
    PSICK       03 12 10     8:00        78.30   CPER 061 00013428832    0003 0:
    REGLR       03 12 10    -8:00       -78.30   CPER 061 00013428832    0003 0:
    PHLDY       03 12 10     8:00        78.30   CPER 061 00013428832    0004 0:
    REGLR       03 12 10    -8:00       -78.30   CPER 061 00013428832    0004 0:
    REGLR       03 12 10    -8:00       -78.30   CPER 061 00013428832    0005 0:
```

```
MODE: S    SCREEN: QCHK   USERID: TP61                      05/14/10 10:55:3
                         PAYROLL CHECK STATUS INQUIRY
EMPLOYEE ID: 416 98 8837      NAME:  JENKINS, CATHY M
CHECK: 00000001628527    HR BANK ACCOUNT: 01  ST TREAS W/P  PAYROLL NO: 06
 DATE: 04 01 10  STATUS: O OUTSTANDING     AS OF: 03 29 10 CMB CHK FL: N
TOTAL PAY:          313.20  TOTAL DED:        50.61  NET:       262.59
FICA WAGE:          313.20  FRINGE BEN:       61.35 REIMBURSABLE:
AP              EVENT    INPUT         DOLLAR                           LINE/
ID TYPE  PLAN   DATE     AMOUNT        AMOUNT   DOCUMENT ID             SUBLIN
---  ----- ----- -------- ---------- ----------- --------------------- ------
     REGLR         03 15 10     -9:00    -78.30 CPER 061 000013428832 0006 0
     ASEAD ASEAD  04 01 10 DEDUCTION      9.00           00029l223604 0000 0
     FICAE FICAE  04 01 10 DEDUCTION     19.41           00029l223597 0000 0
     MEDIE MEDIE  04 01 10 DEDUCTION      4.54           00029l223600 0000 0
     PAC   PAC    04 01 10 DEDUCTION      2.00           00029l223605 0000 0
     REMPE RREGE  04 01 10 DEDUCTION     15.66           00029l223601 0000 0
     FICAR FICAR  03 15 10 FRINGE        19.41           00029l223599 0000 0
     MEDIR MEDIR  03 15 10 FRINGE         4.54           00029l223598 0000 0
     REMPR RREGR  03 15 10 FRINGE        37.40           00029l223602 0000 0
H--YI103 END OF INQUIRY
```